# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS E. REINHARDT, | ) |
| | ) Civil Action No. 11-137 |
| Petitioner, | ) |
| | ) |
| v. | ) District Judge Terrence F. McVerry |
| | ) |
| JON D. FISHER, Superintendent; | ) |
| DISTRICT ATTORNEY FOR THE | ) |
| COUNTY OF BEAVER; and the | ) |
| ATTORNEY GENERAL FOR THE | ) |
| STATE OF PENNSYLVANIA, | ) |
| | ) |
| Respondents. | ) |

**MEMORANDUM ORDER**

On February 3, 2011, the above captioned case was initiated by the filing of a Petition for Writ of Habeas Corpus (ECF No. 1) and was referred to a united states magistrate judge for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and the Local Rules of Court for Magistrate Judges.

The magistrate judge filed a Report and Recommendation on January 18, 2012 (ECF No. 13) recommending that the Petition for Writ of Habeas Corpus be denied and that a certificate of appealability be denied. Petitioner was served with the Report and Recommendation at his listed address and was advised that he had February 6, 2012 to file written objections to the Report and Recommendation. No objections have been filed.

After *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 21st day of February, 2012:

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus is **DENIED**.

IT IS FURTHER ORDERED that a certificate of appealability is **DENIED**.

IT IS FURTHER ORDERED that the Report and Recommendation (ECF No. 13) is **ADOPTED** as the Opinion of the Court.

IT IS FURTHER ORDERED that the Clerk of Court mark this case **CLOSED**.

AND IT IS FURTHER ORDERED that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Plaintiff has thirty (30) days to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

By the Court:

s/ Terrence F. McVerry
Terrence F. McVerry
United States District Judge

Thomas E. Reinhardt
HT-7098
SCI at Smithfield
PO Box 999
1120 Pike Street
Huntingdon, PA 16652